**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security     0  Assumption of Executory Contract or Unexpired Lease     0  Lien Avoidance

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
YOYSETT I. BAKER-GONZALEZ  
JOEL GONZALEZ  

Debtor(s)

Case No.: 21-15842  
Judge: RG

## Chapter 13 Plan and Motions

☒ Original         ☐ Modified/Notice Required         Date: 7/26/2021  
☒ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts.  You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___BWR___    Initial Debtor: _____YIB_____    Initial Co-Debtor: _____JG_____

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ ____400.00____ per ____MONTH____ to the Chapter 13 Trustee, starting on ____August 2021____ for approximately ____48____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

   ☒   Future earnings

   ☐   Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

   ☐ Sale of real property
   Description:
   Proposed date for completion: _____

   ☐ Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐ Loan modification with respect to mortgage encumbering property:
   Description:
   Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,063.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:    Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| American Honda | 2018 CRV | $16,000.00 | $12,500.00 | $0.00 | $12,500.00 | 6% | $14,112.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

American Honda

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Quicken Loans mortgage was in forebearance at the time of the filing. Quicken Loans, prior to the filing agreed to consider the Loan current with resumption of payments in Septemer, 2021. Any balance due is to be held in abeyance and paid at time of Sale, Refinance or end of the loan.

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| --- | --- | --- |
| American Honda | 2018 Honda CRV | $14,112.00 |

## Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
| --- | --- | --- | --- |
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☐ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**   ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| American Honda | 2018 CRV | $16,000.00 | $12,500.00 | $12,500.00 | $3,500.00 |

## Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) ADMINISTRATIVE/PRIORITY
3) SECURED
4) GENERAL UNSECURED

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☒ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| | |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 7/26/2021_____          /S/ Yoysett I. Baker-Gonzalez_____
                                                  Debtor

Date: 7/26/2021_____          /s/ Joel Gonzalez_____
                                                  Joint Debtor

Date: 7/26/2021_____          /S/ BRUCE W. RADOWITZ_____
                                                  Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15842-RG |
| Yoysett I. Baker-Gonzalez | Chapter 13 |
| Joel Gonzalez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 26, 2021 | Form ID: pdf901 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yoysett I. Baker-Gonzalez, Joel Gonzalez, 127 Halsted Road, Elizabeth, NJ 07208-1114 |
| 519265526 | + | AHS Hospital c/o, Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519265528 | + | At& T Mobility c/o, ERC, Po Box 23870, Jacksonville, FL 32241-3870 |
| 519265529 | + | At&T Wireless c/o, Diversifield Consultants, Inc, Po Box 551268, Jacksonville, FL 32255-1268 |
| 519265530 | + | Atlantic Health System, Overlook Hospital, Po Box 35611, Newark, NJ 07193-5611 |
| 519265531 | + | Atlantic Medical Group, Po Box 419101, Boston, MA 02241-9101 |
| 519265532 | + | Barclay, Card Service, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519265533 | | Blue Trust Loans, LCO PO Box 1754, Hayward, WI 58443 |
| 519265540 | + | Cheapoair/SYNCB, Po Box 960012, Orlando, FL 32896-0012 |
| 519265542 | + | Codella Family Practice, 1000 Galloping Hill Road, Suite 103, Union, NJ 07083-7989 |
| 519269345 | + | Department Stores National Bank, c/o Radius Global Solutions, PO BOX 390905, Minneapolis, MN 55439-0905 |
| 519269346 | + | Genesis FS Card Services, Po Box 84059, Columbus, GA 31908-4059 |
| 519269347 | + | Lendumo, PO BOX 542, Lac Du Flambeau, WI 54538-0542 |
| 519265559 | + | Mid Atlantic Neonatology, Po Box 10356, Newark, NJ 07193-0356 |
| 519265560 | + | NES Georgia Inc, Po Box 277329, Atlanta, GA 30384-7329 |
| 519269349 | | NetCredit, Po Box 206766, Dallas, TX 75320-6766 |
| 519265561 | + | North Cash, North Star Finance, LLC, Po Box 498, Hays, MT 59527-0498 |
| 519269351 | + | Optimum c/o, CBHV, Po Box 831, Newburgh, NY 12551-0831 |
| 519269350 | + | Optimum c/o, Convergent, Po Box 9004, Renton, WA 98057-9004 |
| 519269352 | + | Overlook Hospital c/o Certified, Credit & Collection, Po Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519265563 | + | Quicken Loan Inc, Po Box 6577, Carol Stream, IL 60197-6577 |
| 519265565 | + | Sam's Club/Synchronty Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 519265568 | + | Synchrongy Bank /Lowe's c/o, Genpack Services, LLC, Po Box 1969, Southgate, MI 48195-0969 |
| 519265569 | + | Synchrony Bank/PC Richard c/o, Client Services, 3451 Harry S.Truman Blvd, Saint Charles, MO 63301-9816 |
| 519265570 | + | Syncrony Bank/PC Richards, Po Box 960061, Orlando, FL 32896-0061 |
| 519269354 | + | TD c/o MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519265571 | + | Target c/o, Alliance One, 4850 Street Rd Ste300, Feasterville Trevose, PA 19053-6643 |
| 519269355 | + | The Bank of Missouri/ Galaxy Inter, Purchasing / Fortiva Mastercard c/o, CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 519265572 | + | The New York and Presbyterian Hospital, 100 Quentin Roosevelt Blvd. ste 205, Garden City, NY 11530-4843 |
| 519265573 | + | The Trustees of Columbia University, Columbia Universityc/o Jeffrey G. Lerman, The Benchmark Bld, 170 Old Country Rd ste, Mineola, NY 11501-4322 |
| 519265575 | + | Trinitas Reg Medical Ctr, 225 Williamson Street, Elizabeth, NJ 07202-3625 |
| 519269356 | + | Verizon c/o, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 26 2021 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 26 2021 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 20:42:02 | Center, Suite 2100, Newark, NJ 07102-5235<br>Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519265553 | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 26 2021 20:26:00 | Honda Financial, Po Box 7829, Philadelphia, PA 19101 |
| 519269344 | + Email/Text: g20956@att.com | Jul 26 2021 20:26:00 | AT&T, PO BOX 537113, Atlanta, GA 30353-7113 |
| 519265527 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 20:42:09 | Allied Interstate, Synchrony Bank, PC Richard Son, Po Box 960061, Orlando, FL 32896-0061 |
| 519265535 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 26 2021 20:42:17 | Cap One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519265534 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 26 2021 20:42:17 | Cap One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519265543 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 20:26:00 | Comenity-Boscov's, Po Box 659622, San Antonio, TX 78265-9622 |
| 519265544 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2021 20:26:00 | Comenity-Gamestop, Po Box 659820, San Antonio, TX 78265-9120 |
| 519265547 | + Email/PDF: creditonebknotifications@resurgent.com | Jul 26 2021 20:42:03 | Credit One, Po Box 60500, City Of Industry, CA 91716-0500 |
| 519265549 | + Email/Text: mrdiscen@discover.com | Jul 26 2021 20:26:00 | Discover, Po Box 71084, Charlotte, NC 28272-1084 |
| 519265550 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 26 2021 20:26:00 | Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 519265551 | + Email/Text: accountservices@greenlineloans.com | Jul 26 2021 20:26:00 | Green Line Loans, Po Box 507, Hays, MT 59527-0507 |
| 519265555 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 26 2021 20:26:00 | Kohl, Po Box 3084, Milwaukee, WI 53201-3084 |
| 519268167 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2021 20:42:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519265556 | + Email/Text: bankruptcy@ldf-holdings.com | Jul 26 2021 20:26:00 | Lendgreen, NIIWIN, LLC dba Lendgreen, Po Box 221, Lac Du Flambeau, WI 54538-0221 |
| 519269348 | Email/Text: ml-ebn@missionlane.com | Jul 26 2021 20:26:00 | Mission Lane, Po Box 4517, Carol Stream, IL 60197 |
| 519265557 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 26 2021 20:42:03 | Merrick Bank, Po Box 660702, Dallas, TX 75266-0702 |
| 519265562 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 20:42:09 | Paypal Credit, Po Box 71202, Charlotte, NC 28272-1202 |
| 519269295 | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2021 20:26:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519265564 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 20:42:02 | R Us Credti Cards /SYNCB, Po Box 530938, Atlanta, GA 30353-0938 |
| 519269353 | + Email/Text: convergent@ebn.phinsolutions.com | Jul 26 2021 20:26:00 | Sprint c/o, Convergent, Po Box 9004, Renton, WA 98057-9004 |
| 519265566 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 20:42:16 | Sychrony Bank/Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 519267076 | + Email/PDF: gecsedi@recoverycorp.com | Jul 26 2021 20:42:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519265574 | + Email/Text: tidewaterlegalebn@twcs.com | Jul 26 2021 20:26:00 | Tidewater Finance Co, Po Box 17308, Baltimore, MD 21297-1308 |
| 519265576 | + Email/PDF: gecsedi@recoverycorp.com | | |

Case 21-15842-RG    Doc 17    Filed 07/28/21    Entered 07/29/21 00:10:57    Desc Imaged
Certificate of Notice    Page 13 of 13

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2021 | Form ID: pdf901 | Total Noticed: 59 |

Jul 26 2021 20:42:16    Walmart/Synchrony Bank, Po Box 530927, Atlanta, GA 30353-0927

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519265539 | *+ | Cap One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519265536 | *+ | Cap One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519265537 | *+ | Cap One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519265538 | *+ | Cap One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519265545 | *+ | Comenity-Gamestop, Po Box 659820, San Antonio, TX 78265-9120 |
| 519265546 | *+ | Comenity/Boscov's, Po Box 659622, San Antonio, TX 78265-9622 |
| 519265548 | *+ | Credit One, Po Box 60500, City Of Industry, CA 91716-0500 |
| 519265552 | *+ | Green Line Loans, Po Box 507, Hays, MT 59527-0507 |
| 519265558 | *+ | Merrick Bank, Po Box 660702, Dallas, TX 75266-0702 |
| 519265567 | *+ | Sychrony Bank/Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 519265577 | *+ | Walmart/Synchrony Bank, Po Box 530927, Atlanta, GA 30353-0927 |
| 519265578 | *+ | Walmart/Synchrony Bank, Po Box 530927, Atlanta, GA 30353-0927 |
| 519265541 | ##+ | Chrebet Associates, LLC, 935 Route 34 Suite 2A, Matawan, NJ 07747-3282 |
| 519265554 | ##+ | JM Arruntegui MD FACOG, 717 Westfield Avenue, Elizabeth, NJ 07208-1327 |

TOTAL: 0 Undeliverable, 12 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2021                Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce W. Radowitz | on behalf of Joint Debtor Joel Gonzalez torreso78@gmail.com r45676@notify.bestcase.com |
| Bruce W. Radowitz | on behalf of Debtor Yoysett I. Baker-Gonzalez torreso78@gmail.com r45676@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5