52757
JOHN R. MORTON, JR.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for American Honda Finance Corporation
administrator for Honda Lease Trust
JM5630_____

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:   YOYSETT I. BAKER-GONZALEZ
          JOEL GONZALEZ | |
| | CHAPTER: 13
CASE NO.: 21-15842 (RG)
HEARING DATE: |
| | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

-

American Honda Finance Corporation administrator for Honda Lease Trust, hereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for American Honda Finance Corporation, administrator for Honda Lease Trust with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

American Honda Finance Corporation, administrator for Honda Lease Trust, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to American Honda Finance Corporation, administrator for Honda Lease Trust by due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016

American Honda Finance Corporation, administrator for Honda Lease Trust pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

/s/  John R. Morton, Jr.
John R. Morton, Jr., Esquire
Attorney for American Honda Finance Corporation, administrator for Honda Lease Trust

Dated: