Bruce W. Radowitz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the matter of:

YOYSETT I. BAKER-GONZALEZ
JOEL GONZALEZ
                      Debtor(s)

Case No: 21-15842/RG
Chapter 13

## CERTIFICATION OF SERVICE

I,   Bruce W. Radowitz, Esq

1. ☒ represent the debtor in the above-captioned matter
   ☐ am the secretary for Bruce W. Radowitz, Esq, who represents the debtor in the above captioned matter.
   ☐ am the _____ in the above case and am representing myself.

2. On July 29, 2021, I sent a copy of the following pleading and/or documents to the parties listed in the chart below: Amendment to Schedule E/F

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of services indicated

/s/ Bruce W. Radowitz

| Name and Address of Party Served | Relationship of Party of the Case | Mode of Service |
|---|---|---|
| Marie-Ann Green<br>Standing Chapter 13 Bankruptcy<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee One Newark Center Ste 2100 Newark, NJ 07102 | U.S Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **AHS Hospital c/o**<br>Accurate Collection Services<br>17 Prospect Street<br>Morristown, NJ 07960 | Representing | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Allied Interstate**<br>Synchrony Bank<br>PC Richard Son<br>Po Box 960061<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **At&T Mobility c/o**<br>ERC<br>Po Box 23870<br>Jacksonville, FL 32241 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **AT&T**<br>PO BOX 537113<br>Atlanta, GA 30353 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **At&T Wireless c/o**<br>Diversifield Consultants, Inc<br>Po Box 551268<br>Jacksonville, FL 32255 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Atlantic Health System**<br>Overlook Hospital<br>Po Box 35611<br>Newark, NJ 07193 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Atlantic Medical Group**<br>Po Box 419101<br>Boston, MA 02241 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Barclay**<br>Card Service<br>Po Box 13337<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Blue Trust Loans**<br>LCO PO Box 1754<br>Hayward, WI 58443 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Cap One**<br>Po Box 30281<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Cap One**<br>Po Box 6492<br>Carol Stream, IL 60197 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Cap One**<br>Po Box 6492<br>Carol Stream, IL 60197 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Cap One**<br>Po Box 6492<br>Carol Stream, IL 60197 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Cap One**<br>Po Box 6492<br>Carol Stream, IL 60197 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Cap One**<br>Po Box 30281<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Cheapoair/SYNCB**<br>Po Box 960012<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Chrebet Associates, LLC**<br>935 Route 34 Suite 2A<br>Matawan, NJ 07747 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Codella Family Practice**<br>1000 Galloping Hill Road, Suite 103<br>Union, NJ 07083 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Comenity-Boscov's**<br>Po Box 659622<br>San Antonio, TX 78265 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Comenity-Gamestop**<br>Po Box 659820<br>San Antonio, TX 78265 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Comenity-Gamestop**<br>Po Box 659820<br>San Antonio, TX 78265 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Comenity/Boscov's**<br>Po Box 659622<br>San Antonio, TX 78265 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Credit One**<br>Po Box 60500<br>City Of Industry, CA 91716 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Credit One**<br>Po Box 60500<br>City Of Industry, CA 91716 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Department Stores National Bank**<br>c/o Radius Global Solutions<br>PO BOX 390905<br>Minneapolis, MN 55439 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Discover**<br>Po Box 71084<br>Charlotte, NC 28272 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Genesis FS Card Services**<br>Po Box 84059<br>Columbus, GA 31908 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Genesis FS Card Services**<br>Po Box 4477<br>Beaverton, OR 97076 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Green Line Loans**<br>Po Box 507<br>Hays, MT 59527 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Green Line Loans**<br>Po Box 507<br>Hays, MT 59527 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Honda Financial**<br>Po Box 7829<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **JM Arruntegui MD FACOG**<br>717 Westfield Avenue<br>Elizabeth, NJ 07208 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Kohl**<br>Po Box 3084<br>Milwaukee, WI 53201 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Lendgreen**<br>NIIWIN, LLC dba Lendgreen<br>Po Box 221<br>Lac Du Flambeau, WI 54538 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Lendumo**<br>PO BOX 542<br>Lac Du Flambeau, WI 54538 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **LVNV Funding, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Merrick Bank**<br>Po Box 660702<br>Dallas, TX 75266 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Merrick Bank**<br>Po Box 660702<br>Dallas, TX 75266 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| Name/Address | Role | Service Method |
|---|---|---|
| **Mid Atlantic Neonatology**<br>Po Box 10356<br>Newark, NJ 07193 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Mission Lane**<br>Po Box 4517<br>Carol Stream, IL 60197 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **NES Georgia Inc**<br>Po Box 277329<br>Atlanta, GA 30384 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **NetCredit**<br>Po Box 206766<br>Dallas, TX 75320-6766 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **North Cash**<br>North Star Finance, LLC<br>Po Box 498<br>Hays, MT 59527 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Optimum c/o**<br>CBHV<br>Po Box 831<br>Newburgh, NY 12551 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Optimum c/o**<br>Convergent<br>Po Box 9004<br>Renton, WA 98057 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Overlook Hospital c/o Certified**<br>Credit & Collection<br>Po Box 1750<br>Whitehouse Station, NJ 08889 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Paypal Credit**<br>Po Box 71202<br>Charlotte, NC 28272 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Quantum3 Group LLC as agent for**<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Quicken Loan Inc**<br>Po Box 6577<br>Carol Stream, IL 60197 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **R Us Credti Cards /SYNCB**<br>Po Box 530938<br>Atlanta, GA 30353 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Sam's Club/Synchronty Bank**<br>Po Box 530942<br>Atlanta, GA 30353 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Sprint c/o**<br>Convergent<br>Po Box 9004<br>Renton, WA 98057 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Sychrony Bank/Amazon**<br>Po Box 960013<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Sychrony Bank/Amazon**<br>Po Box 960013<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Synchrongy Bank /Lowe's c/o**<br>Genpack Services, LLC<br>Po Box 1969<br>Southgate, MI 48195 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Synchrony Bank**<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Synchrony Bank/PC Richard c/o**<br>Client Services<br>3451 Harry S.Truman Blvd<br>Saint Charles, MO 63301 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Syncrony Bank/PC Richards**<br>Po Box 960061<br>Orlando, FL 32896 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Target c/o** Alliance One 4850 Street Rd Ste300 Feasterville Trevose, PA 19053 | creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) ☐ |
| **TD c/o MRS BPO, LLC** 1930 Olney Avenue Cherry Hill, NJ 08003 | creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) ☐ |
| **The Bank of Missouri/ Galaxy Inter** Purchasing / Fortiva Mastercard c/o CKS Financial Po Box 2856 Chesapeake, VA 23327 | creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) ☐ |
| **The New York and Presbyterian Hospital** 100 Quentin Roosevelt Blvd. ste 205 Garden City, NY 11530 | creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) ☐ |
| **The Trustees of Columbia University** Columbia Universityc/o Jeffrey G. Lerman The Benchmark Bld 170 Old Country Rd ste Mineola, NY 11501 | creditor | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) ☐ |

| Name and Address | Relation | Method |
|---|---|---|
| **Tidewater Finance Co**<br>Po Box 17308<br>Baltimore, MD 21297 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Trinitas Reg Medical Ctr**<br>225 Williamson Street<br>Elizabeth, NJ 07202 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Verizon c/o**<br>4120 International Pkwy, Suite 1100<br>Carrollton, TX 75007 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Walmart/Synchrony Bank**<br>Po Box 530927<br>Atlanta, GA 30353 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| **Walmart/Synchrony Bank**<br>Po Box 530927<br>Atlanta, GA 30353 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |

| | | |
|---|---|---|
| **Walmart/Synchrony Bank**<br>Po Box 530927<br>Atlanta, GA 30353 | creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |