Bruce W. Radowitz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

|  |  |
|---|---|
| In the matter of: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| YOYSETT I. BAKER-GONZALEZ JOEL GONZALEZ<br>Debtor(s) | Case No: 21-15842/RG<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I,   Bruce W. Radowitz, Esq

1. ☒ represent the debtor in the above-captioned matter
   ☐ am the secretary for Bruce W. Radowitz, Esq, who represents the debtor in the above captioned matter.
   ☐ am the _____ in the above case and am representing myself.

2. On August 13, 2021, I sent a copy of the following pleading and/or documents to the parties listed in the chart below: Amendment to Schedule E/F

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of services indicated

/s/ Bruce W. Radowitz

| Name and Address of Party Served | Relationship of Party of the Case | Mode of Service |
|---|---|---|
| Marie-Ann Green<br>Standing Chapter 13 Bankruptcy<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee One Newark Center Ste 2100 Newark, NJ 07102 | U.S Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |
| Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) ☐ Other<br>_____<br>(as authorized by the court *)<br>☐ |