Form oscmlfee − oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−15842−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yoysett I. Baker−Gonzalez
127 Halsted Road
Elizabeth, NJ 07208

Joel Gonzalez
127 Halsted Road
Elizabeth, NJ 07208

Social Security No.:
xxx−xx−9024                                xxx−xx−3678

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

The Court having noted that:

☐    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on in the amount of $ has not been received by the Clerk,

☑    The debtor filed a Amended Schecules E/F and List of Creditors on 8/12/2021 that requires the payment of a fee in the amount of $ 32.00, and that the fee has not been received by the Clerk,

It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing to be held before the Honorable Rosemary Gambardella on:

Date: September 14, 2021
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to show cause why the case should not be dismissed.

If **all** required fees are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required fees are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

Dated: August 13, 2021

JAN: rh

<u>Rosemary Gambardella</u><br>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-15842-RG

Yoysett I. Baker-Gonzalez                                                      Chapter 13

Joel Gonzalez

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2

Date Rcvd: Aug 13, 2021        Form ID: oscmlfee        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yoysett I. Baker-Gonzalez, Joel Gonzalez, 127 Halsted Road, Elizabeth, NJ 07208-1114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2021           Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce W. Radowitz | on behalf of Joint Debtor Joel Gonzalez torreso78@gmail.com r45676@notify.bestcase.com |
| Bruce W. Radowitz | on behalf of Debtor Yoysett I. Baker-Gonzalez torreso78@gmail.com r45676@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 13, 2021 | Form ID: oscmlfee | Total Noticed: 2 |

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7