Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−15842−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Yoysett I. Baker−Gonzalez            Joel Gonzalez
   127 Halsted Road                    127 Halsted Road
   Elizabeth, NJ 07208                 Elizabeth, NJ 07208

Social Security No.:
   xxx−xx−9024                        xxx−xx−3678

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/2/22 at 10:00 AM

to consider and act upon the following:

**53** − Certification in Opposition to (related document:51 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/9/2022. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Bruce W. Radowitz on behalf of Yoysett I. Baker−Gonzalez, Joel Gonzalez. (Attachments: # 1 ONLINE PAYMENT CONFIRMATION) (Radowitz, Bruce)

Dated: 1/31/22

                                                           Jeanne Naughton
                                                           Clerk, U.S. Bankruptcy Court