UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
f/k/a Quicken Loans Inc.

**Order Filed on April 18, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| In Re: | Case No.:  21-15842 RG |
|---|---|
| Yoysett Baker-Gonzalez, Joel Gonzalez | Rosemary Gambardella |
| Debtors. | |

## CONSENT ORDER TO PAY AMENDED PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: April 18, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Yoysett Baker-Gonzalez, Joel Gonzalez |
| Case No.: | 21-15842 RG |
| Caption: | **CONSENT ORDER TO PAY AMENDED PROOF OF CLAIM** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., holder of a mortgage on real property located at 127 Halsted Road, Elizabeth, NJ, 07208, Denise Carlon appearing, by way of amended proof of claim and consent order, and this Court having considered the representations of attorneys for Secured Creditor and Bruce W. Radowitz, Esquire, attorney for Debtors, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage of the amended claim of Secured Creditor (Claim #23) in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to the claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

I hereby agree and consent to the above terms and conditions:

*/s/ Denise Carlon, Esq.*

DENISE CARLON, ESQ., ATTORNEY FOR SECURED      Dated: 4/6/2022
CREDITOR

I hereby agree and consent to the above terms and conditions:

*/s/ Bruce Radowitz, Esq.*

BRUCE W. RADOWITZ, ESQ., ATTORNEY FOR DEBTOR      Dated: 4/5/2022