| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>YOYSETT I. BAKER-GONZALEZ<br>JOEL GONZALEZ | Case No.: 21-15842<br>Adv. No.:<br>Hearing Date:  05/18/2022<br>Judge:  RG |

### CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/20/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
YOYSETT I. BAKER-GONZALEZ
JOEL GONZALEZ
127 HALSTED ROAD
ELIZABETH, NJ  07208
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ  07083
Mode of Service:  ECF and/or Regular Mail

---

Dated:  April 20, 2022

By:  /S/  Jessica Antoine
       Jessica Antoine