Bruce W. Radowitz, Esq
636 Chestnut Street
Union, New Jersey 07083
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the matter of:

YOYSETT I. BAKER-GONZALEZ
JOEL GONZALEZ

Case No: 21-15842/RG
Chapter 13

Debtor(s)

## CERTIFICATION OF SERVICE

I,   Bruce W. Radowitz, Esq

1. ☒ represent the debtor in the above-captioned matter
   ☐ am the secretary for Bruce W. Radowitz, Esq, who represents the debtor in the above captioned matter.
   ☐ am the _____ in the above case and am representing myself.

2. On May 25, 2022, I sent a copy of the following pleading and/or documents to the parties listed in the chart below: Motion to Approve the Debtor Execution of the Partial Claim Mortgage to Secretary of Housing and Urban Development Nunc Pro Tunc.

| | | |
|---|---|---|
| Department of Housing and Urban Development Attention, Single Family Notes Branch 451 Seventh Street SW Washington, DC 20410 | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| United States Attorney Peter Rodino Federal Builing 970 Broad Street, Suite 700 Newark, NJ 07102 | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |
| The Associate General Counsel for Litigation Office of Litigation U.S. Department of Housing and Urban Development 451 Seventh Street, S.W. Washington, D.C. 20410 | | ☐ Hand-delivered ☒ Regular mail ☐ Certified mail/RR ☐ E-mail ☐ Notice of Electronic Filing (NEF) ☐ Other _____ (as authorized by the court *) |

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of services indicated

Dated:                                                          /s/ Bruce W. Radowitz, Esq