**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

June 20, 2022

Re: Standing Trustee's Notice of Distribution
    Case No: 21-15842

On October 22, 2021 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JUNE 20, 2022

**Chapter 13 Case # 21-15842**

Atty:    BRUCE W RADOWITZ ESQ

Re:     YOYSETT I. BAKER-GONZALEZ
        JOEL GONZALEZ
        127 HALSTED ROAD
        ELIZABETH, NJ  07208

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $27,920.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/23/2021 | $400.00 | 26696798640 | 10/21/2021 | $800.00 | 8027736000 |
| 12/16/2021 | $664.00 | 8149501000 | 01/31/2022 | $664.00 | 8244432000 |
| 02/17/2022 | $664.00 | 8280882000 | 02/28/2022 | $664.00 | 8304077000 |
| 04/01/2022 | $664.00 | 8374656000 | 05/13/2022 | $664.00 | 8462367000 |
| 05/31/2022 | $664.00 | 8495509000 | 06/10/2022 | $900.00 | 8521314000 |

**Total Receipts: $6,748.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,748.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 298.02 | |
| ATTY | ATTORNEY | ADMIN | 4,063.00 | 100.00% | 4,063.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLIED INTERSTATE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AT& T MOBILITY C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AT&T WIRELESS C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,371.74 | * | 0.00 | |
| 0008 | BLUE TRUST LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 145.88 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 269.94 | * | 0.00 | |
| 0011 | CHEAPOAIR/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CHREBET ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CODELLA FAMILY PRACTICE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITY-BOSCOV'S | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 1,308.91 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 604.51 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | CREDIT ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DISCOVER | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | GREEN LINE LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 18,552.61 | 100.00% | 775.31 | |
| 0022 | JM ARRUNTEGUI MD FACOG | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,108.81 | * | 0.00 | |
| 0024 | LENDGREEN | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MERRICK BANK | UNSECURED | 1,675.65 | * | 0.00 | |
| 0026 | MID ATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | NES GEORGIA INC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | NORTH CASH | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCHRONY BANK | UNSECURED | 4,150.25 | * | 0.00 | |
| 0030 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0031 | R US CREDTI CARDS /SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SAM'S CLUB/SYNCHRONTY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SYNCHRONGY BANK /LOWE'S C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,607.40 | * | 0.00 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,208.41 | * | 0.00 | |
| 0037 | TARGET C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | THE NEW YORK AND PRESBYTERIAN HC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | THE TRUSTEES OF COLUMBIA UNIVERSI | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | TIDEWATER FINANCE COMPANY | UNSECURED | 2,860.22 | * | 0.00 | |
| 0041 | TRINITAS REG MEDICAL CTR | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | WALMART/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | LVNV FUNDING LLC | UNSECURED | 477.33 | * | 0.00 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 406.46 | * | 0.00 | |
| 0048 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0049 | MERRICK BANK | UNSECURED | 1,489.10 | * | 0.00 | |
| 0050 | QUANTUM3 GROUP LLC | UNSECURED | 422.11 | * | 0.00 | |
| 0051 | AT&T | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | CAPITAL ONE BANK (USA) NA | UNSECURED | 472.71 | * | 0.00 | |
| 0053 | CAPITAL ONE BANK (USA) NA | UNSECURED | 416.10 | * | 0.00 | |
| 0054 | CAPITAL ONE BANK (USA) NA | UNSECURED | 5,559.11 | * | 0.00 | |
| 0055 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,745.95 | * | 0.00 | |
| 0056 | CAPITAL ONE BANK (USA) NA | UNSECURED | 913.63 | * | 0.00 | |
| 0057 | COMENITY-GAMESTOP | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | COMENITY-GAMESTOP | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | COMENITY-BOSCOV'S | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | CREDIT ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | RADIUS GLOBAL SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | GREEN LINE LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | LENDUMO | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | MISSION LANE | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | NET CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | OPTIMUM | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | OPTIMUM | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | OVERLOOK HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | SPRINT | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | SYCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | WALMART/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | WALMART/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 744.64 | * | 0.00 | |
| 0075 | CKS FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | MRS BPO LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | LVNV FUNDING LLC | UNSECURED | 318.92 | * | 0.00 | |

Chapter 13 Case # 21-15842

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0078 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 329.68 | * | 0.00 | |
| 0079 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 347.78 | * | 0.00 | |
| 0080 | ROCKET MORTGAGE, LLC FKA QUICKEN | (NEW) MTG Agreed | 2,450.67 | 100.00% | 102.41 | |
| 0081 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid: $5,238.74**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 05/16/2022 | $209.31 | 890908 | 06/20/2022 | $566.00 | 892592 |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC | | | | | | |
| | 05/16/2022 | $27.65 | 891523 | 06/20/2022 | $74.76 | 893240 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: June 20, 2022.

Receipts: $6,748.00     -     Paid to Claims: $877.72     -     Admin Costs Paid: $4,361.02     =     Funds on Hand: $1,509.26

Base Plan Amount: $27,920.00     -     Receipts: $6,748.00     =     Total Unpaid Balance: **$21,172.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.