| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Bruce W. Radowitz, Esq<br><br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor(s) | Order Filed on June 21, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>YOYSETT I. BAKER-GONZALEZ<br>JOEL GONZALEZ | Case No: 21-15842<br><br>Adv. No.:<br><br>Hearing Date: Hg. Date: 6/15/22<br><br>Judge: RG |

**ORDER APPROVING THE DEBTORS EXECUTION OF A PARTIAL CLAIM MORTGAGE TO SECRETARY OF HOUSING AND URBAN DEVELOPMENT NUNC PRO TUNC**

The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

**DATED: June 21, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

DEBTORS:   YOYSETT I. BAKER-GONZALEZ AND JOEL GONZALEZ
CASE NO:   **21-15842/RG**

ORDER CAPTION:   **ORDER APPROVING THE DEBTORS EXECUTION OF A PARTIAL CLAIM MORTGAGE TO SECRETARY OF HOUSING AND URBAN DEVELOPMENT NUNC PRO TUNC**

---

**THIS MATTER** having been opened by the court by way of motion of Bruce W. Radowitz, Esq counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED,** that the Debtors execution of the Partial Claim Mortgage to Secretary of Housing and Urban Development Nunc Pro Tunc, which was filed with the Union County Clerk as of April 28, 2022 is approved

**ORDERED**, that a copy of this order be served to all parties.