UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce W. Radowitz, Esq
636 Chestnut Street
Union, NJ  07083
BRUCE W. RADOWITZ, ESQ.
BRW/2034
(908) 687-2333
Attorney for Debtor

Order Filed on July 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
YOYSETT I. BAKER-GONZALEZ

| | |
|---|---|
| Case No.: | 21-15842 |
| Chapter: | 13 |
| Hearing Date: | 7/20/22 |
| Judge: | RG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: July 26, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____BRUCE W. RADOWITZ, ESQ._____, the applicant, is allowed a fee of $ \_\_\_\_\_1,900.00\_\_\_\_\_ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,900.00_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_900.00\_\_\_ per month for \_\_29\_\_ months to allow for payment of the aforesaid fee.

```
The debtor is not required to file a modified plan.
The debtor's Chapter 13 Plan shall be 39 months long in total.
```

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-15842-RG |
| Yoysett I. Baker-Gonzalez | Chapter 13 |
| Joel Gonzalez | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 27, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yoysett I. Baker-Gonzalez, Joel Gonzalez, 127 Halsted Road, Elizabeth, NJ 07208-1114 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022                    Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce W. Radowitz | |
| | on behalf of Joint Debtor Joel Gonzalez torreso78@gmail.com r45676@notify.bestcase.com |
| Bruce W. Radowitz | |
| | on behalf of Debtor Yoysett I. Baker-Gonzalez torreso78@gmail.com r45676@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jul 27, 2022 Form ID: pdf903 Total Noticed: 1

John R. Morton, Jr.
 on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Marie-Ann Greenberg
 magecf@magtrustee.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8