BRUCE W RADOWITZ ESQ
RADOWITZ & ASSOCIATES
636 CHESTNUT ST
UNION, NJ  07083

Re:  YOYSETT I. BAKER-GONZALEZ        Atty:  BRUCE W RADOWITZ ESQ
JOEL GONZALEZ                                RADOWITZ & ASSOCIATES
127 HALSTED ROAD                             636 CHESTNUT ST
ELIZABETH,  NJ  07208                        UNION, NJ  07083

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 21-15842

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $30,620.00**

## RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/23/2021 | $400.00 | 26696798640 | 10/21/2021 | $800.00 | 8027736000 |
| 12/16/2021 | $664.00 | 8149501000 | 01/31/2022 | $664.00 | 8244432000 |
| 02/17/2022 | $664.00 | 8280882000 | 02/28/2022 | $664.00 | 8304077000 |
| 04/01/2022 | $664.00 | 8374656000 | 05/13/2022 | $664.00 | 8462367000 |
| 05/31/2022 | $664.00 | 8495509000 | 06/10/2022 | $900.00 | 8521314000 |
| 07/29/2022 | $900.00 | 8611972000 | 08/15/2022 | $900.00 | 8645961000 |
| 09/15/2022 | $900.00 | 8708671000 | 10/14/2022 | $900.00 | 8765655000 |
| 12/01/2022 | $900.00 | 8853068000 | 01/13/2023 | $1,800.00 | 8936395000 |
| 02/15/2023 | $900.00 | 8999926000 | 03/31/2023 | $900.00 | 9081708000 |
| 05/15/2023 | $900.00 | 9165288000 | 06/05/2023 | $450.00 | 9207262000 |
| 06/13/2023 | $450.00 | 9219502000 | 06/30/2023 | $1,350.00 | 9247722000 |
| 07/24/2023 | $450.00 | 9287387000 | 09/01/2023 | $400.00 | 9357376000 |
| 09/15/2023 | $500.00 | 9379684000 | 09/29/2023 | $900.00 | 9402370000 |
| 10/31/2023 | $900.00 | 9457536000 | 11/30/2023 | $450.00 | 9505773000 |
| 12/15/2023 | $450.00 | 9531502000 | | | |

**Total Receipts: $22,048.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $22,048.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 05/16/2022 | $209.31 | 890,908 | 06/20/2022 | $566.00 | 892,592 |
| | 09/19/2022 | $1,189.18 | 897,489 | 10/17/2022 | $767.16 | 899,162 |
| | 11/14/2022 | $751.26 | 900,739 | 01/09/2023 | $1,127.25 | 903,781 |
| | 02/13/2023 | $1,463.07 | 905,302 | 04/17/2023 | $731.54 | 908,501 |
| | 05/15/2023 | $1,390.71 | 910,134 | 07/17/2023 | $1,683.00 | 913,108 |
| | 08/14/2023 | $1,262.25 | 914,624 | 09/18/2023 | $420.75 | 916,125 |
| | 10/16/2023 | $841.50 | 917,618 | 11/13/2023 | $841.50 | 919,048 |

Chapter 13 Case # 21-15842

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 12/11/2023 | $828.00 | 920,470 | | | |
| ROCKET MORTGAGE, LLC FKA QUICKEN LOANS, LLC | | | | | | |
| | 05/16/2022 | $27.65 | 891,523 | 06/20/2022 | $74.76 | 893,240 |
| | 09/19/2022 | $157.08 | 898,106 | 10/17/2022 | $101.34 | 899,754 |
| | 11/14/2022 | $99.24 | 901,313 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,256.52 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 5,963.00 | 100.00% | 5,963.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AHS HOSPITAL C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | ALLIED INTERSTATE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AT& T MOBILITY C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | AT&T WIRELESS C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | ATLANTIC HEALTH SYSTEM | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | ATLANTIC MEDICAL GROUP | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,371.74 | * | 0.00 | |
| 0008 | BLUE TRUST LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 145.88 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 269.94 | * | 0.00 | |
| 0011 | CHEAPOAIR/SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CHREBET ASSOCIATES, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CODELLA FAMILY PRACTICE | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITY-BOSCOV'S | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 1,308.91 | * | 0.00 | |
| 0016 | QUANTUM3 GROUP LLC | UNSECURED | 604.51 | * | 0.00 | |
| 0017 | CREDIT ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DISCOVER | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | GREEN LINE LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 18,552.61 | 100.00% | 14,486.48 | |
| 0022 | JM ARRUNTEGUI MD FACOG | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | KOHL'S PERITUS PORTFOLIO SERVICES I | UNSECURED | 2,108.81 | * | 0.00 | |
| 0024 | LENDGREEN | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MERRICK BANK | UNSECURED | 1,675.65 | * | 0.00 | |
| 0026 | MID ATLANTIC NEONATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | NES GEORGIA INC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | NORTH CASH | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | SYNCHRONY BANK | UNSECURED | 4,150.25 | * | 0.00 | |
| 0030 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0031 | R US CREDTI CARDS /SYNCB | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | SAM'S CLUB/SYNCHRONTY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | SYNCHRONGY BANK /LOWE'S C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,607.40 | * | 0.00 | |
| 0036 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,208.41 | * | 0.00 | |
| 0037 | TARGET C/O | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | THE NEW YORK AND PRESBYTERIAN HC | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | THE TRUSTEES OF COLUMBIA UNIVERSI | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | TIDEWATER FINANCE COMPANY | UNSECURED | 2,860.22 | * | 0.00 | |
| 0041 | TRINITAS REG MEDICAL CTR | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | WALMART/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | LVNV FUNDING LLC | UNSECURED | 477.33 | * | 0.00 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 406.46 | * | 0.00 | |
| 0048 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 21-15842**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0049 | MERRICK BANK | UNSECURED | 1,489.10 | * | 0.00 | |
| 0050 | QUANTUM3 GROUP LLC | UNSECURED | 422.11 | * | 0.00 | |
| 0051 | AT&T | UNSECURED | 0.00 | * | 0.00 | |
| 0052 | CAPITAL ONE BANK (USA) NA | UNSECURED | 472.71 | * | 0.00 | |
| 0053 | CAPITAL ONE BANK (USA) NA | UNSECURED | 416.10 | * | 0.00 | |
| 0054 | CAPITAL ONE BANK (USA) NA | UNSECURED | 5,559.11 | * | 0.00 | |
| 0055 | CAPITAL ONE BANK (USA) NA | UNSECURED | 1,745.95 | * | 0.00 | |
| 0056 | CAPITAL ONE BANK (USA) NA | UNSECURED | 913.63 | * | 0.00 | |
| 0057 | COMENITY-GAMESTOP | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | COMENITY-GAMESTOP | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | COMENITY-BOSCOV'S | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | CREDIT ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0061 | RADIUS GLOBAL SOLUTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0062 | GENESIS FS CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | GREEN LINE LOANS | UNSECURED | 0.00 | * | 0.00 | |
| 0064 | LENDUMO | UNSECURED | 0.00 | * | 0.00 | |
| 0065 | MISSION LANE | UNSECURED | 0.00 | * | 0.00 | |
| 0066 | NET CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0067 | OPTIMUM | UNSECURED | 0.00 | * | 0.00 | |
| 0068 | OPTIMUM | UNSECURED | 0.00 | * | 0.00 | |
| 0069 | OVERLOOK HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0070 | SPRINT | UNSECURED | 0.00 | * | 0.00 | |
| 0071 | SYCHRONY BANK/AMAZON | UNSECURED | 0.00 | * | 0.00 | |
| 0072 | WALMART/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0073 | WALMART/SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0074 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 744.64 | * | 0.00 | |
| 0075 | CKS FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0076 | MRS BPO LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0077 | LVNV FUNDING LLC | UNSECURED | 318.92 | * | 0.00 | |
| 0078 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 329.68 | * | 0.00 | |
| 0079 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 347.78 | * | 0.00 | |
| 0080 | ROCKET MORTGAGE, LLC FKA QUICKEN | (NEW) MTG Agree | 0.00 | 100.00% | 0.00 | |
| 0081 | US DEPARTMENT OF EDUCATION | UNSECURED | 34,876.11 | * | 0.00 | |

**Total Paid: $21,706.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $22,048.00     -     Paid to Claims: $14,486.48     -     Admin Costs Paid: $7,219.52     =     Funds on Hand: $1,242.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN .