Certificate Number: 05781-NJ-DE-039022788

Bankruptcy Case Number: 21-15842



05781-NJ-DE-039022788

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2024, at 5:02 o'clock AM PDT, Yoysett Baker-Gonzalez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  November 1, 2024

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President