Certificate Number: 05781-NJ-DE-039022789

Bankruptcy Case Number: 21-15842



05781-NJ-DE-039022789

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>November 1, 2024</u>, at <u>5:02</u> o'clock <u>AM PDT</u>, <u>Joel Gonzalez</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>November 1, 2024</u>            By:    <u>/s/Allison M Geving</u>

                                         Name:  <u>Allison M Geving</u>

                                         Title: <u>President</u>