| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Yoysett I. Baker-Gonzalez<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx-xx-9024<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | Joel Gonzalez<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx-xx-3678<br>EIN  __-_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  21-15842-RG | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Yoysett I. Baker-Gonzalez          Joel Gonzalez

1/10/25                    **By the court:** <u>Rosemary Gambardella</u>
                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W          **Chapter 13 Discharge**          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-15842-RG
Yoysett I. Baker-Gonzalez  Chapter 13
Joel Gonzalez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 5
Date Rcvd: Jan 10, 2025      Form ID: 3180W      Total Noticed: 75

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yoysett I. Baker-Gonzalez, Joel Gonzalez, 127 Halsted Road, Elizabeth, NJ 07208-1114 |
| 519265526 | + | AHS Hospital c/o, Accurate Collection Services, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519265529 | + | At&T Wireless c/o, Diversifield Consultants, Inc, Po Box 551268, Jacksonville, FL 32255-1268 |
| 519265530 | + | Atlantic Health System, Overlook Hospital, Po Box 35611, Newark, NJ 07193-5611 |
| 519265533 | | Blue Trust Loans, LCO PO Box 1754, Hayward, WI 58443 |
| 519265540 | + | Cheapoair/SYNCB, Po Box 960012, Orlando, FL 32896-0012 |
| 519265541 | + | Chrebet Associates, LLC, 935 Route 34 Suite 2A, Matawan, NJ 07747-3282 |
| 519265542 | + | Codella Family Practice, 1000 Galloping Hill Road, Suite 103, Union, NJ 07083-7989 |
| 519265543 | | Comenity-Boscov's, Po Box 659622, San Antonio, TX 78265 |
| 519265554 | + | JM Arruntegui MD FACOG, 717 Westfield Avenue, Elizabeth, NJ 07208-1327 |
| 519265559 | + | Mid Atlantic Neonatology, Po Box 10356, Newark, NJ 07193-0356 |
| 519265560 | + | NES Georgia Inc, Po Box 277329, Atlanta, GA 30384-7329 |
| 519269350 | + | Optimum c/o, Convergent, Po Box 9004, Renton, WA 98057-9004 |
| 519269351 | + | Optimum c/o, CBHV, Po Box 831, Newburgh, NY 12551-0831 |
| 519265563 | + | Quicken Loan Inc, Po Box 6577, Carol Stream, IL 60197-6577 |
| 519310441 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519265565 | + | Sam's Club/Synchronty Bank, Po Box 530942, Atlanta, GA 30353-0942 |
| 519265569 | + | Synchrony Bank/PC Richard c/o, Client Services, 3451 Harry S.Truman Blvd, Saint Charles, MO 63301-9816 |
| 519265570 | + | Syncrony Bank/PC Richards, Po Box 960061, Orlando, FL 32896-0061 |
| 519265571 | + | Target c/o, Alliance One, 4850 Street Rd Ste300, Feasterville Trevose, PA 19053-6643 |
| 519269355 | + | The Bank of Missouri/ Galaxy Inter, Purchasing / Fortiva Mastercard c/o, CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 519265572 | + | The New York and Presbyterian Hospital, 100 Quentin Roosevelt Blvd. ste 205, Garden City, NY 11530-4843 |
| 519265573 | + | The Trustees of Columbia University, Columbia Universityc/o Jeffrey G. Lerman, The Benchmark Bld, 170 Old Country Rd ste, Mineola, NY 11501-4322 |
| 519265575 | + | Trinitas Reg Medical Ctr, 225 Williamson Street, Elizabeth, NJ 07202-3625 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2025 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2025 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 10 2025 22:04:00 | American Honda Finance Corporation, PO Box 168088, Irving, TX 75016-8088 |
| cr | + | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 10 2025 22:04:00 | American Honda Finance Corporation, |

Case 21-15842-RG   Doc 100   Filed 01/12/25   Entered 01/13/25 00:26:26   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 10, 2025 | Form ID: 3180W | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| | | | | administrator, P.O. Box 168088, Irving, TX 75016-8088 |
| cr | + | EDI: PRA.COM | Jan 11 2025 02:16:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519274971 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 10 2025 22:04:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519265553 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jan 10 2025 22:04:00 | Honda Financial, Po Box 7829, Philadelphia, PA 19101 |
| 519269344 | + | EDI: ATTWIREBK.COM | Jan 11 2025 02:16:00 | AT&T, PO BOX 537113, Atlanta, GA 30353-7113 |
| 519265527 | + | EDI: SYNC | Jan 11 2025 02:16:00 | Allied Interstate, Synchrony Bank, PC Richard Son, Po Box 960061, Orlando, FL 32896-0061 |
| 519265531 | ^ | MEBN | Jan 10 2025 21:46:28 | Atlantic Medical Group, Po Box 419101, Boston, MA 02241-9101 |
| 519265532 | + | EDI: TSYS2 | Jan 11 2025 02:16:00 | Barclay, Card Service, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519265535 | + | EDI: CAPITALONE.COM | Jan 11 2025 02:16:00 | Cap One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519265534 | + | EDI: CAPITALONE.COM | Jan 11 2025 02:16:00 | Cap One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519278715 | + | EDI: AIS.COM | Jan 11 2025 02:22:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519265544 | | EDI: WFNNB.COM | Jan 11 2025 02:16:00 | Comenity-Gamestop, Po Box 659820, San Antonio, TX 78265 |
| 519265547 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2025 22:07:24 | Credit One, Po Box 60500, City Of Industry, CA 91716-0500 |
| 519285463 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2025 22:07:28 | Credit One Bank, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519269345 | + | Email/Text: ngisupport@radiusgs.com | Jan 10 2025 22:01:00 | Department Stores National Bank, c/o Radius Global Solutions, PO BOX 390905, Minneapolis, MN 55439-0905 |
| 519265549 | + | EDI: DISCOVER | Jan 11 2025 02:16:00 | Discover, Po Box 71084, Charlotte, NC 28272-1084 |
| 519698210 | + | Email/Text: EBN@edfinancial.com | Jan 10 2025 22:01:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519269346 | + | EDI: PHINGENESIS | Jan 11 2025 02:22:00 | Genesis FS Card Services, Po Box 84059, Columbus, GA 31908-4059 |
| 519265550 | + | EDI: PHINGENESIS | Jan 11 2025 02:22:00 | Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 519265551 | + | Email/Text: accountservices@greenlineloans.com | Jan 10 2025 22:04:00 | Green Line Loans, Po Box 507, Hays, MT 59527-0507 |
| 519265555 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 10 2025 22:00:00 | Kohl, Po Box 3084, Milwaukee, WI 53201-3084 |
| 519302520 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 10 2025 22:00:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519268167 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2025 22:07:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519265556 | + | Email/Text: bankruptcy@ldf-holdings.com | Jan 10 2025 22:05:00 | Lendgreen, NIIWIN, LLC dba Lendgreen, Po Box 221, Lac Du Flambeau, WI 54538-0221 |
| 519269347 | + | Email/Text: mail@ldf-holdings.com | | |

| ID | | Method | Timestamp | Recipient |
|---|---|---|---|---|
| | | | Jan 10 2025 22:01:00 | Lendumo, PO BOX 542, Lac Du Flambeau, WI 54538-0542 |
| 519276621 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2025 22:08:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519269348 | | Email/Text: ml-ebn@missionlane.com | Jan 10 2025 22:00:00 | Mission Lane, Po Box 4517, Carol Stream, IL 60197 |
| 519265557 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 10 2025 22:07:47 | Merrick Bank, Po Box 660702, Dallas, TX 75266-0702 |
| 519269349 | | Email/Text: netcreditbnc@enova.com | Jan 10 2025 22:05:00 | NetCredit, Po Box 206766, Dallas, TX 75320-6766 |
| 519265561 | ^ | MEBN | Jan 10 2025 21:45:47 | North Cash, North Star Finance, LLC, Po Box 498, Hays, MT 59527-0498 |
| 519269352 | + | Email/Text: bankruptcy@certified-solutions.com | Jan 10 2025 22:03:00 | Overlook Hospital c/o Certified, Credit & Collection, Po Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519294702 | | EDI: PRA.COM | Jan 11 2025 02:16:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 519293930 | | EDI: PRA.COM | Jan 11 2025 02:16:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519265562 | + | EDI: SYNC | Jan 11 2025 02:16:00 | Paypal Credit, Po Box 71202, Charlotte, NC 28272-1202 |
| 519275916 | | EDI: Q3G.COM | Jan 11 2025 02:16:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519269295 | | EDI: Q3G.COM | Jan 11 2025 02:16:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519265564 | + | EDI: SYNC | Jan 11 2025 02:16:00 | R Us Credti Cards /SYNCB, Po Box 530938, Atlanta, GA 30353-0938 |
| 519315913 | + | Email/Text: bncmail@w-legal.com | Jan 10 2025 22:04:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 519269353 | + | EDI: CONVERGENT.COM | Jan 11 2025 02:22:00 | Sprint c/o, Convergent, Po Box 9004, Renton, WA 98057-9004 |
| 519265566 | + | EDI: SYNC | Jan 11 2025 02:16:00 | Sychrony Bank/Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 519267076 | ^ | MEBN | Jan 10 2025 21:45:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519269354 | ^ | MEBN | Jan 10 2025 21:44:09 | TD c/o MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 519315634 | | Email/Text: tidewaterlegalebn@twcs.com | Jan 10 2025 22:02:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 519265574 | + | Email/Text: tidewaterlegalebn@twcs.com | Jan 10 2025 22:02:00 | Tidewater Finance Co, Po Box 17308, Baltimore, MD 21297-1308 |
| 519581533 | ^ | MEBN | Jan 10 2025 21:47:00 | U.S. Department of Education, FedLoan Servicing, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519308997 | + | EDI: AIS.COM | Jan 11 2025 02:22:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519269356 | + | Email/Text: bankruptcy@sw-credit.com | Jan 10 2025 22:04:00 | Verizon c/o, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 519265576 | + | EDI: SYNC | Jan 11 2025 02:16:00 | Walmart/Synchrony Bank, Po Box 530927, Atlanta, GA 30353-0927 |

District/off: 0312-2 | User: admin | Page 4 of 5
Date Rcvd: Jan 10, 2025 | Form ID: 3180W | Total Noticed: 75
TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519274986 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519265539 | *+ | Cap One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519265536 | *+ | Cap One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519265537 | *+ | Cap One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519265538 | *+ | Cap One, Po Box 6492, Carol Stream, IL 60197-6492 |
| 519265545 | * | Comenity-Gamestop, Po Box 659820, San Antonio, TX 78265 |
| 519265546 | * | Comenity/Boscov's, Po Box 659622, San Antonio, TX 78265 |
| 519265548 | *+ | Credit One, Po Box 60500, City Of Industry, CA 91716-0500 |
| 519265552 | *+ | Green Line Loans, Po Box 507, Hays, MT 59527-0507 |
| 519265558 | *+ | Merrick Bank, Po Box 660702, Dallas, TX 75266-0702 |
| 519265567 | *+ | Sychrony Bank/Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 519265577 | *+ | Walmart/Synchrony Bank, Po Box 530927, Atlanta, GA 30353-0927 |
| 519265578 | *+ | Walmart/Synchrony Bank, Po Box 530927, Atlanta, GA 30353-0927 |
| 519265528 | ##+ | At& T Mobility c/o, ERC, Po Box 23870, Jacksonville, FL 32241-3870 |
| 519265568 | ##+ | Synchrongy Bank /Lowe's c/o, Genpack Services, LLC, Po Box 1969, Southgate, MI 48195-0969 |

TOTAL: 0 Undeliverable, 13 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2025 at the address(es) listed below:

**Name** — **Email Address**

Bruce W. Radowitz
on behalf of Joint Debtor Joel Gonzalez torreso78@gmail.com  r45676@notify.bestcase.com

Bruce W. Radowitz
on behalf of Debtor Yoysett I. Baker-Gonzalez torreso78@gmail.com  r45676@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John R. Morton, Jr.
on behalf of Creditor American Honda Finance Corporation  administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Marie-Ann Greenberg

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jan 10, 2025 | Form ID: 3180W | Total Noticed: 75 |

| | |
|---|---|
| | magecf@magtrustee.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8