Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  21−15842−RG
          Chapter:  13
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Yoysett I. Baker−Gonzalez | Joel Gonzalez |
| 127 Halsted Road | 127 Halsted Road |
| Elizabeth, NJ 07208 | Elizabeth, NJ 07208 |

Social Security No.:
  xxx−xx−9024                                           xxx−xx−3678

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 19, 2025</u>            <u>Rosemary Gambardella</u>
                                                  Judge, United States Bankruptcy Court